UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CARL C. CHESHIRE**<br>    Plaintiff, | Civil Action No. 3:15-cv-00933 |
| Vs. | DISTRICT JUDGE ROBERT G. JAMES |
| **AIR METHODS CORP.**<br>    Defendant | MAGISTRATE JUDGE KAREN L. HAYES |

## AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes CARL C. CHESHIRE, a major resident and domiciliary of the State of Texas, who hereby amends his original Petition for Damages and represents:

1.

Paragraph 1 should remain as written.

2.

Paragraph 2 should remain as written.

3.

Paragraph 3 should be amended to read as follows: On or about February 21, 2014, Plaintiff was constructively terminated from employment when he was forced to resign in lieu of termination. Specifically, as indicated in Plaintiff's personnel file, Defendant stated that Plaintiff "resigned in lieu of Term on 2/21/2014."

4.

Paragraph 4 should remain as written.

5.

Paragraph 5 should be amended to read as follows: Plaintiff was terminated from his employment for notifying his superiors, Glenn Smith and Dennis Worthington, of numerous statutory, regulatory, and safety violations. Further, he was terminated for notifying his superiors that their unwillingness to correct and cease the unprofessional, unsafe, and illegal conduct would be reported to the appropriate law enforcement and regulatory agencies.

6.

Paragraph 6 should be amended to read as follows: Not only did Defendant ignore all concerns raised by Plaintiff, but he was terminated for uttering his intention to notify law enforcement. Specifically, Plaintiff did notify the Drug Enforcement Agency (DEA) and the Louisiana State Police (LSP) of the illegal actions of the Defendant and the Defendant's agents and employees.

7.

Paragraph 7 should be amended to read as follows: Further, Plaintiff was terminated for reporting illegal and unsafe activity to his superiors and law enforcement, and he was directed to redact the references to specific illegal activity from emails and/or reports transmitted to his supervisors. The illegal acts complained of included all of the following: Medicaid and insurance fraud, multiple violations of *Louisiana Revised Statute 40:961 et seq.*, permitting unqualified persons to direct aviation operations, and illegal destruction and/or falsification of business records. Defendant terminated Plaintiff for raising these concerns, notifying Defendant that he would report the violations, and reporting these violations.

8.

Paragraph 8 should be deleted.

9.

Paragraph 9 should remain as written.

10.

Paragraph 10 should remain as written.

11.

Paragraph 11 should be amended to read as follows:  Defendant terminated Plaintiff from his employment as a contract employee on the basis of Plaintiff declaring to his superiors his intent to report illegal and improper conduct perpetrated by Defendant to law enforcement and regulatory agencies.  Not only did Plaintiff advise that he would be reporting the activity, but he also refused to participate in it. Plaintiff refused consistently to participate in inchoate crimes regardless of direction to do so by his superiors.

12.

Paragraph 12 should remain as written.  However, Plaintiff reserves herein his right to add injuries and damages.

13.

Paragraph 13 should remain as written.

14.

Paragraph 14 should remain as written.

15.

Paragraph 15 should remain as written.

16.

Paragraph 16 should remain as written.

17.

Paragraph 17 should remain as written.

WHEREFORE PLAINITFF PRAYS:

1. For citation and service on Defendant in accordance with law;

2. For judgment in his favor and against Defendant in an amount reasonable in the premises, together with al legal interest thereon from judicial demand until paid in full and for all expert witnesses, including but not limited to any safety experts, expert economist witnesses, and such other expert witnesses as are needed for the proper prosecution of this case, as my be fixed by the Court or by agreement of the parties;

3. For all costs of these proceedings to be paid by Defendant;

4. For all such other orders and decrees which are necessary for full, general, and equitable relief in the premises.

Respectfully submitted,

s/Ashley L. Page
Ashley L. Page, 30285
Law Office of Ashley L. Page, LLC
P.O. Box 129
Ruston, LA  71273
Tel 318.224.3288
Fax 888.298.6155
Email: Ashley@page-law.net

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this 1st day of May, 2015, been served on counsel of record for Defendant, via the Court's electronic notification system.

s/Ashley L. Page

Ashley L. Page, 30285